United States District Court
Southern District of Texas
**ENTERED**
February 21, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JON STEPHENS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-1878 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM, RECOMMENDATION, AND ORDER

Having reviewed *de novo* the Magistrate Judge's Memorandum, Recommendation, and Order (Docket Entry No. 42) dated January 21, 2020, and the objections thereto, the court is of the opinion that said Memorandum, Recommendation, and Order should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum, Recommendation, and Order is hereby **ADOPTED** by this court.

**SIGNED** this  21st  day of February, 2020, in Houston, Texas.

---
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE