United States District Court
Southern District of Texas
**ENTERED**
September 11, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JON STEPHENS, *Plaintiff,* § § § | |
| V. § | CIVIL ACTION NO. 4:18-cv-1878 |
| § | |
| UNITED STATES OF AMERICA, *Defendant.* § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum, Orders, and Recommendation dated August, 25, 2020 (Dkt. 56) and no objections having been filed thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum, Orders, and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this 11th day of September, 2020.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE